

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00508-CR

Jose B. **SAUCEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1255
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 14, 2015.

_____
Sandee Bryan Marion, Chief Justice